IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL BOYD           PLAINTIFF
ADC #115890
v.                     No. 4:20-cv-129-DPM-JJV

GREG RECHEIGL, Health
Services Administrator, East
Arkansas Regional Unit, *et al.*           DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 11*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Griffin's motion to dismiss, *Doc. 7*, is denied. Boyd may proceed with his personal capacity claim against Griffin.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2020