# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MICHAEL BOYD  PLAINTIFF
ADC #115890
v.                    No. 4:20-cv-129-DPM-JJV

GREG RECHCIGL, Health
Services Administrator, East
Arkansas Regional Unit, *et al.*                    DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 72*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Sackett's motion to dismiss, *Doc. 67*, is granted. Boyd's claims against Sackett are dismissed without prejudice; and Sackett is dismissed as a defendant in this action. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 November 2020