IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL L. BOYD
ADC #115890                                                     PLAINTIFF

v.                          No. 4:20-cv-129-DPM-JJV

GREG RECHCIGL, Health
Services Administrator, East
Arkansas Regional Unit, *et al.*                                DEFENDANTS

## ORDER

The Court has received Boyd's response to the pending motions for summary judgment. *Doc. 107.* Boyd previously submitted this paper, but it was lost in the mail. *Doc. 99 & 100.* In the circumstances, the Court declines without prejudice the partial recommendation, *Doc. 98*, and asks that the Magistrate Judge issue an updated recommendation after considering Boyd's new filing.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2021