IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL BOYD
ADC #115890                                                                                     PLAINTIFF

v.                                      No. 4:20-cv-129-DPM-JJV

GREG RECHCIGL, Health
Services Administrator, East
Arkansas Regional Unit, *et al.*                                                        DEFENDANTS

ORDER

Motion, *Doc. 169*, granted. Objections due by 28 February 2022. Motion for discovery, *Doc. 170*, denied. The discovery deadline was 1 September 2021. *Doc. 135*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2022