# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL BOYD    PLAINTIFF
ADC #115890
v.    No. 4:20-cv-129-DPM-JJV

GREG RECHCIGL, Health
Services Administrator, East
Arkansas Regional Unit, *et al.*    DEFENDANTS

## ORDER

Motion for status, *Doc. 173*, granted. The Court awaits Boyd's objections to the proposed findings and recommendations, *Doc. 168*. Motions for extension, *Doc. 174 & 175*, granted in part and denied in part. Objections due by 14 April 2022. This is the final extension. The embedded motions for discovery are denied. The discovery deadline has long since passed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 March 2022