## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MICHAEL L. BOYD                                    PLAINTIFF
ADC #115890

v.                          No. 4:20-cv-129-DPM

GREGORY RECHCIGL, Health Services
Administrator, East Arkansas Regional Unit;
TAMMY KIMBLE, Assistant Health Services
Administrator, East Arkansas Regional Unit;
GARY KERSTEIN, Doctor, East Arkansas
Regional Unit;  and PATRICK DRUMMOND,
APN, Correct Care Solutions                      DEFENDANTS

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 168*, and overrules Boyd's objections, *Doc. 176*. FED. R. CIV. P. 72(b)(3).  Boyd continues in his objections to question the treatment he received for ulcerative colitis;  he doesn't dispute that he received treatment.  To make out a constitutional violation, he must present more than a difference of opinion.  *Barr v. Pearson*, 909 F.3d 919, 921–22 (8th Cir. 2018).  He has failed to do so.  The motion for summary judgment, *Doc. 147*, is granted.  Boyd's deliberate indifference claims against Rechcigl, Kimble, Kerstein and Drummond will be dismissed with prejudice.  An *in forma pauperis* appeal from this Order and

accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_31 March 2022_