# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL L. BOYD　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #115890

v.　　　　　　　No. 4:20-cv-129-DPM

GREGORY RECHCIGL, Health Services
Administrator, East Arkansas Regional Unit;
TAMMY KIMBLE, Assistant Health Services
Administrator, East Arkansas Regional Unit;
GARY KERSTEIN, Doctor, East Arkansas
Regional Unit; ROBERT BREVING, Doctor
Ouachita River Correctional Unit; AMANDA
SACKETT, RN, Correct Care Solutions;
KENNETH HOLDER, APN, Correct Care
Solutions; GERALDINE CAMPBELL, APN,
Correct Care Solutions; PATRICK DRUMMOND,
APN, Correct Care Solutions; CORRECT CARE
SOLUTIONS; CHARLOTTE GARDNER; and
RORY GRIFFIN, Deputy Director of Health and
Services, Arkansas Department of Correction　　　　DEFENDANTS

## JUDGMENT

Boyd's claims against Dr. Breving, Sackett, Campbell, Griffin, Correct Care Solutions, and Gardner are dismissed without prejudice. His claims against Holder, Rechcigl, Kimble, Kerstein, and Drummond are dismissed with prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

31 March 2022